# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **RULAN SEMENOV,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| **PAMELA BONDI, ATTORNEY** | § | |
| **GENERAL; MARKWAYNE MULLIN,** | § | |
| **SECRETARY, U.S. DEPARTMENT OF** | § | No.  3:26-CV-01077-LS |
| **HOMELAND SECURITY; TODD M.** | § | |
| **LYONS, ACTING DIRECTOR OF** | § | |
| **IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT; MARISA FLORES,** | § | |
| **DIRECTOR, EL PASO FIELD** | § | |
| **OFFICE, IMMIGRATION AND** | § | |
| **CUSTOMS ENFORCEMENT; AND** | § | |
| **CURTIS TAYLOR, MAJOR** | § | |
| **GENERAL, U.S. ARMY AT CAMP** | § | |
| **BLISS,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Upon consideration of the parties' Amended Stipulation of Voluntary Dismissal,[1] the Court

dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on April 23, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 5.